# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY,** | |
| **Plaintiff,** | 8:16CV74 |
| vs. | ORDER |
| **DAVID R. MORING,** | |
| **Defendant.** | |

This matter comes before the court after a review of the court file and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

On February 15, 2016, the plaintiff filed an Application to Confirm Arbitration Award. **See** Filing No. 1. The plaintiff filed evidence the defendant was served on March 28, 2016. **See** Filing No. 8. The plaintiff has taken no other action. It remains the plaintiff's duty to go forward in prosecuting the case. The plaintiff may, for example, seek entry of default or voluntarily dismiss the action, as appropriate. Under the circumstances, the plaintiff must make a showing of good cause for failure to prosecute or the action must be dismissed. Accordingly,

**IT IS ORDERED**:

The plaintiff has until the close of business on **May 31, 2016**, to show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 13th day of May, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge