# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID R. MORING,<br><br>  Defendant. | Case No. 8:16-cv-00074<br><br>**ORDER** |

  This matter came before the Court upon Plaintiff Woodmen of the World Life Insurance Society's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41 (Filing No. 10). After reviewing Plaintiff's Motion, the Court hereby GRANTS the Motion. Plaintiff's Application to Confirm Arbitration Award is dismissed without prejudice. Each party shall pay its own costs.

  Dated this 26th day of May, 2016.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge